**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM GRANADOS,<br><br>              Petitioner,<br><br>   vs.<br><br>GARY SANDOR, WARDEN,<br><br>             Respondent. | CASE NO. CV 09-05538 ABC (RZ)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge. Petitioner has not filed any written objections to the Report. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: November 11, 2010

*Audrey B. Collins*

AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE