**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIAM GRANADOS, | ) | CASE NO. CV 09-05538 ABC (RZ) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| GARY SANDOR, WARDEN, | ) | |
| Respondent. | ) | |

This matter came before the Court on the Petition of WILLIAM GRANADOS, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed as moot.

DATED: November 11, 2010

*Audrey B. Collins*

AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE